Submitted April 12, affirmed May 11, petition for review denied
September 15, 2011 (350 Or 716)

Kevin P. SMITH,
*Petitioner,*

*v.*

SAIF CORPORATION
and Department of Consumer and Business Services,
*Respondents.*

Workers' Compensation Division
GBA5253; A144407

256 P3d 171

James E. Bailey, III, and Bailey & Yarmo, LLP, filed the briefs for petitioner.

Julene M. Quinn filed the brief for respondent SAIF Corporation.

John R. Kroger, Attorney General, David B. Thompson, Interim Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent Department of Consumer and Business Services.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

Affirmed. *Blacknall v. Manpower, Inc.*, 238 Or App 638, 243 P3d 794 (2010).